UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE:    
THOMAS C. CLOWNEY

Case No. 14-23665

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:
Fay Servicing, LLC

440 S. LaSalle St.

Suite 2000

Chicago, IL 60605

TO:
Fay Servicing, LLC

3000 Kellway Dr.

Ste 150

Carrollton, TX 75006

Dated: 08/28/2017

Creditor's Authorized Agent for Fay Servicing LLC

Address: 1212 Corporate Drive, Suite 400, Irving, TX 75038
Telephone (817) 277-2011

RECEIVED
2017 SEP -1 A 11:04
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH