## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Thomas C. Clowney, | : | Bankruptcy No.: 14-23665-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| Thompson Law Group, P.C., | : | |
| | : | Document No. |
| Applicant, | : | |
| | : | Related to Document No.: 169, 170 |
| vs. | : | |
| | : | |
| No Respondent, | : | **Hearing Date and Time:** |
| | : | March 7, 2018 at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF THOMPSON LAW GROUP, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the First Interim Application of Thompson Law Group, P.C. for Compensation and Reimbursement of Expenses as Counsel for the Debtor filed on February 5, 2018 at Document No. 169 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appear thereon. Pursuant to the Notice of Hearing at Document No. 170 were to be filed and served no later than February 22, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 169 be entered by the Court.

Date: <u>February 23, 2018</u>                s/ Brian C. Thompson
                                              Brian C. Thompson, Esquire
                                              Attorney for Debtor(s)
                                              PA ID No. 91197
                                              THOMPSON LAW GROUP, P.C.
                                              125 Warrendale Bayne Road, Suite 200
                                              Warrendale, PA 15086
                                              (724) 799-8404 Telephone
                                              (724) 799-8409 Facsimile
                                              bthompson@thompsonattorney.com