**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-23665-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas C. Clowney
143 Castle Drive
Pittsburgh PA 15235

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/21/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX  75006 | Wilmington Savings Fund Society FSB<br>c/o Kondaur Capital Corporation<br>333 South Anita Drive, ste 400<br>Orange CA 92868 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/23/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas C. Clowney  
     Debtor

Case No. 14-23665-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Feb 21, 2018  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.  
14281658     +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:

       Brian C. Thompson    on behalf of Plaintiff Thomas C. Clowney bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       Brian C. Thompson    on behalf of Debtor Thomas C. Clowney bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       Elizabeth Lamont Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-18ALT, Asset-Backed Certificates, Series 2005-18ALT vbarber@udren.com  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com  
       James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
       Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net  
       Leslie J. Rase, Esq.    on behalf of Creditor    Statebridge Company lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
       Leslie J. Rase, Esq.    on behalf of Creditor    Wilmington Savings Fund Society, et al. lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Stuart P. Winneg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE swinneg@udren.com, cblack@udren.com  
       William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
       William E. Craig    on behalf of Defendant    Credit Acceptance Corp. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
       William E. Miller    on behalf of Creditor    Wilmington Savings Fund Society, et al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                 TOTAL: 15