**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas C. Clowney**
  Debtor(s)

Bankruptcy Case No.: 14−23665−JAD
Doc. No. 176
Chapter: 13
Docket No.: 177 − 176
Concil. Conf.: May 10, 2018 at 11:30 AM

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
                 (Date)                                            (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 14-23665-JAD
Thomas C. Clowney                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2        User: msch              Page 1 of 2          Date Rcvd: Mar 20, 2018
                            Form ID: 151            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db           +Thomas C. Clowney,   143 Castle Drive,   Pittsburgh, PA 15235-1855
cr           +Credit Acceptance Corporation,   25505 W. 12 Mile Road,   Suite 3000,
               Southfield, MI 48034-8331
cr           +Fay Servicing, LLC,   440 S. LaSalle Street,   Suite 2000,   Chicago, IL 60605-5011
cr           +Statebridge Company,   Stern & Eisenberg, PC,   1581 Main Street, Suite 200,
               Warrington, PA 18976-3400
cr           +Wilmington Savings Fund Society,   Aldridge Pite, LLP,   4375 Jutland Dr Suite 200,
               San Diego, CA 92117-3600
cr           +Wilmington Savings Fund Society, et al.,   Stern & Eisenberg, PC,   1581 Main Street, Suite 200,
               Warrington, PA 18976-3400
13919726     +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
13919392     +Credit Acceptance Corp.,   PO Box 5070,   Southfield, MI 48086-5070
14281658     +Fay Servicing, LLC,   3000 Kellway Dr.,   Ste 150,   Carrollton, TX 75006-3357
13984706     +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13919395     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13919396     +Specialized Loan Servicing,   8742 Lucent Blvd.,   Ste. 300,   Littleton, CO 80129-2386
13919397     +Verizon,   500 Technology Drive, Suite 300,   Weldon Springs, MO 63304-2225
14777681     +Wilmington Savings Fund Society FSB,   c/o Kondaur Capital Corporation,
               333 South Anita Drive, ste 400,   Orange CA 92868-3314
14131992      Wilmington Savings Fund Society, FSB, et al.,   c/o Statebridge Company LLC,
               5680 Greenwood Plaza Blvd., Suite 100s,   Greenwood Village, CO 80111-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13977304     +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2018 01:45:43     Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13919394     +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2018 01:45:43     Duquesne Light Company,
               411 Seventh Avenue,   Pittsburgh, PA 15219-1942
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
cr              U.S. Bank National Association, as Trustee for Ter
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*          +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
cr          ##+Penn Hills School District and Municipality of Pen,   Maiello Brungo & Maiello, LLP,
               3301 McCrady Road,   Pittsburgh, PA 15235-5137
13919393    ##+Debt Recovery Solutions,   900 Merchants Concourse 106,   Westbury, NY 11590-5114
13997764    ##+Debt Recovery Solutions, LLC,   900 Merchants Concourse, Ste LL-11,   Westbury, NY 11590-5121
13944114    ##+Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   3301 McCrady Road,
               Pittsburgh, PA 15235-5137
                                                                                     TOTALS: 5, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2        User: msch                  Page 2 of 2           Date Rcvd: Mar 20, 2018
                            Form ID: 151                Total Noticed: 17
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Thomas C. Clowney bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Thomas C. Clowney bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Elizabeth Lamont Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Terwin Mortgage Trust 2005-18ALT, Asset-Backed Certificates, Series 2005-18ALT vbarber@udren.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Leslie J. Rase, Esq.    on behalf of Creditor    Wilmington Savings Fund Society, et al.
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Statebridge Company lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               swinneg@udren.com,    cblack@udren.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Defendant    Credit Acceptance Corp. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Miller    on behalf of Creditor    Wilmington Savings Fund Society, et al.
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 15
```