# Loss Mitigation Final Report

| | | | |
|---|---|---|---|
| **Debtors:** | Thomas Clowney | **Case No:** | 14-23665 |
| **Loan No:** | ******4755 | **Judge**: | Judge Deller |
| **Debtor Attorney:** | Brian Thompson | **Ch:** | 13 |

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **09/29/2014**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **09/29/2014**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

**Request 1**
The Request was filed on **09/12/2014** at docket no. **15**
The Creditor Name on the Request is **Specialized Loan Servicing**
The Creditor Name as registered on the Portal is **Statebridge Company, LLC**
Request denied or ordered to be re-filed? **No**
Loss Mitigation Order **was** filed
    Order filed on **09/12/2014** at docket no. **15**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 7

**Status Report 1**
The Status Report was filed on **11/21/2014** at docket no. **34**

**Status Report 2**
The Status Report was filed on **12/24/2014** at docket no. **40**

**Status Report 3**
The Status Report was filed on **01/29/2015** at docket no. **52**

**Status Report 4**
The Status Report was filed on **03/04/2015** at docket no. **66**

**Status Report 5**
The Status Report was filed on **04/08/2015** at docket no. **77**

**Status Report 6**
The Status Report was filed on **05/13/2015** at docket no. **83**

**Status Report 7**
The Status Report was filed on **06/22/2015** at docket no. **88**

# Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

# Deadline Extensions

**Deadline Extensions Filed:** 7

### Extension 1
The request was made by way of **Status Report**
The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **11/21/2014** at docket no. **34**
Reason: To allow the debtor more time to submit requested documents
**Judge Deller Granted** the extension request on **12/02/2014** at docket no. **37**
   Deadlines Extended:
      1/2/2015 - 4 days

### Extension 2
The request was made by way of **Status Report**
The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **12/24/2014** at docket no. **40**
Reason: To allow the mortgage company to review documents
**Judge Deller Granted** the extension request on **01/05/2015** at docket no. **42**
   Deadlines Extended:
      2/4/2015 - 31 days

### Extension 3
The request was made by way of **Status Report**
The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **01/29/2015** at docket no. **52**
Reason: To allow the mortgage company to review documents
**Judge Deller Granted** the extension request on **02/10/2015** at docket no. **56**
   Deadlines Extended:
      3/12/2015 - 36 days

### Extension 4
The request was made by way of **Status Report**
The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **03/04/2015** at docket no. **66**
Reason: To allow the debtor to submit additional documents
**Judge Deller Granted** the extension request on **03/16/2015** at docket no. **71**
   Deadlines Extended:
      4/15/2015 - 34 days

### Extension 5
The request was made by way of **Status Report**

The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **04/08/2015** at docket no. **77**
Reason: To allow the debtor to submit additional documents
**Judge Deller Granted** the extension request on **04/20/2015** at docket no. **79**
   Deadlines Extended:
      5/20/2015 - 35 days

**Extension 6**
The request was made by way of **Status Report**
The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **05/13/2015** at docket no. **83**
Reason: To allow debtor to submit additional documents
**Judge Deller Granted** the extension request on **05/26/2015** at docket no. **85**
   Deadlines Extended:
      6/25/2015 - 36 days

**Extension 7**
The request was made by way of **Status Report**
The request for extension was made by **Brian C. Thompson** on behalf of the **Debtor**
The request was filed on **06/22/2015** at docket no. **88**
Reason: To allow the mortgage company time to review documents
**Judge Deller Granted** the extension request on **07/02/2015** at docket no. **91**
   Deadlines Extended:
      8/3/2015 - 39 days

# Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 1

**Terminate / Withdraw Request 1**
The request to Terminate / Withdraw was filed on **07/29/2015** at docket no. **94** by **Brian C. Thompson** on behalf of **Debtor**
   Reason: Loan Modification denied
The request to Terminate / Withdraw was **Granted** by **Judge Deller** by way of **Other** - signed order
   Corresponding Order filed on **07/30/2015** at docket no. **96**

# Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

# Results

**Trial Loan Modification:**

   There **was not** a Trial Loan Modification
   An Interim Mortgage Modification Order **was not** issued

**Outcome:**

   The outcome of the LMP was **Loan Modification**
   Details and Terms: Loan servicer offered a loan modification on January 19, 2019 that the client accepted. Court approved LMP on

02/26/2019.

**I have reviewed the details set forth above. I, Brian Thompson, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

Brian Thompson
Attorney ID# 91197
Email Address: bthompson@thompsonattorney.com
400 Penn Center Boulevard, Suite 306, Pittsburgh, PA 15235
412-823-8080
Attorney for: Thomas Clowney


Date Report Completed: 03/19/2019