# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas C. Clowney, | : | Bankruptcy Case no.: 14-23665-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Thomas C. Clowney, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 209 |
| v. | : | |
| | : | |
| Kondaur Capital Corporation, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Amended Final Report and Portal History at Document No. 209 on the following parties at the addresses listed below on March 19, 2019, via electronic mail and/or first class mail postage prepaid:

Sera Phifer
Kondaur Capital Corporation
333 South Anita Drive, Suite 400
Orange, CA  92868

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  March 19, 2019          By:    /s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA  15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com