Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Thomas C. Clowney**
  Debtor(s)

Bankruptcy Case No.: 14−23665−JAD
Doc. No. 211
Chapter: 13
Docket No.: 212 − 211

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of April, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/17/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/29/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/17/19.**

                                                        Jeffery A. Deller
                                                        United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-23665-JAD
Thomas C. Clowney                                                   Chapter 13
     Debtor                        CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch               Page 1 of 2        Date Rcvd: Apr 26, 2019
                              Form ID: 408             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db             +Thomas C. Clowney,    143 Castle Drive,    Pittsburgh, PA 15235-1855
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Fay Servicing, LLC,    440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
cr             +Statebridge Company,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
cr             +Wilmington Savings Fund Society,    Aldridge Pite, LLP,    4375 Jutland Dr Suite 200,
                 San Diego, CA 92117-3600
cr             +Wilmington Savings Fund Society, et al.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
13919726       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13919392       +Credit Acceptance Corp.,    PO Box 5070,    Southfield, MI 48086-5070
13997764      #+Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste LL-11,    Westbury, NY 11590-5121
14281658       +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
13984706       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13919395       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13919396       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Ste. 300,    Littleton, CO 80129-2386
14777681       +Wilmington Savings Fund Society FSB,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, ste 400,    Orange CA 92868-3314
14131992       +Wilmington Savings Fund Society, FSB, et al.,    c/o Statebridge Company LLC,
                 5680 Greenwood Plaza Blvd., Suite 100s,    Greenwood Village, CO 80111-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13977304       +E-mail/Text: kburkley@bernsteinlaw.com Apr 27 2019 02:25:11     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13919394       +E-mail/Text: kburkley@bernsteinlaw.com Apr 27 2019 02:25:11     Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13919397       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 27 2019 02:24:04
                 Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
cr              U.S. Bank National Association, as Trustee for Ter
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr            ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
13919393      ##+Debt Recovery Solutions,    900 Merchants Concourse 106,    Westbury, NY 11590-5114
13944114      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 7, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch              Page 2 of 2              Date Rcvd: Apr 26, 2019
                              Form ID: 408            Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:

      Brian C. Thompson    on behalf of Debtor Thomas C. Clowney bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com

      Brian C. Thompson    on behalf of Plaintiff Thomas C. Clowney bthompson@ThompsonAttorney.com,
      blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com

      Elizabeth Lamont Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-18ALT, Asset-Backed Certificates, Series 2005-18ALT pabk@logs.com, ewassall@logs.com

      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com

      James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

      Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, its assignees and/or s kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

      Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com

      Leslie J. Rase, Esq.    on behalf of Creditor    Wilmington Savings Fund Society, et al. lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

      Leslie J. Rase, Esq.    on behalf of Creditor    Statebridge Company lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      Stuart P. Winneg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE swinneg@udren.com,    cblack@udren.com

      William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

      William E. Craig    on behalf of Defendant    Credit Acceptance Corp. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

      William E. Miller    on behalf of Creditor    Wilmington Savings Fund Society, et al. wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com

                                                                                   TOTAL: 17