**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS C. CLOWNEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-23665 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

| | |
|---|---|
| April 26, 2019 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2014 and confirmed on 10/8/14. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,258.44 |
| Less Refunds to Debtor | 3,943.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,314.98 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 14,734.65 | |
|    Trustee Fee | 2,509.43 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,244.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 26,214.19 | 26,214.19 | 0.00 | 26,214.19 |
|     Acct: 7849 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7849 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7849 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7849 | | | | |
|   PENN HILLS SEWAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX7;08 | | | | |
|   CREDIT ACCEPTANCE CORP* | 5,608.00 | 5,608.00 | 781.61 | 6,389.61 |
|     Acct: 0844 | | | | |
| | | | | 32,603.80 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS C. CLOWNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS C. CLOWNEY | 3,943.46 | 3,943.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 9,682.92 | 9,682.92 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-18 | | | | |
|   THOMPSON LAW GROUP PC | 1,551.73 | 1,551.73 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-19 | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 1,261.54 | 1,261.54 | 0.00 | 1,261.54 |
|     Acct: XXXXXX6-10 | | | | |
|   PENN HILLS MUNICIPALITY (EIT)** | 3,153.76 | 3,153.76 | 0.00 | 3,153.76 |

14-23665 JAD                                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXX6-10 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| | | | | 4,725.30 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 104.13 | 104.13 | 0.00 | 104.13 |
| Acct: 4839 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4839 | | | | |
| CREDIT ACCEPTANCE CORP* | 2,269.06 | 2,269.06 | 0.00 | 2,269.06 |
| Acct: 0844 | | | | |
| DEBT RECOVERY SOLUTIONS LLC | 368.61 | 368.61 | 0.00 | 368.61 |
| Acct: 4839 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,741.80 |
| **TOTAL PAID TO CREDITORS** | | | | 40,070.90 |

TOTAL
CLAIMED      4,725.30
PRIORITY    31,822.19
SECURED      2,741.80

Date: 04/26/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　THOMAS C. CLOWNEY<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-23665 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 14-23665-JAD
Thomas C. Clowney                                                       Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2                  Date Rcvd: Apr 26, 2019
                              Form ID: pdf900             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db             +Thomas C. Clowney,    143 Castle Drive,    Pittsburgh, PA 15235-1855
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Fay Servicing, LLC,    440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
cr             +Statebridge Company,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
cr             +Wilmington Savings Fund Society,    Aldridge Pite, LLP,    4375  Jutland Dr Suite 200,
                 San Diego, CA 92117-3600
cr             +Wilmington Savings Fund Society, et al.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
13919726       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13919392       +Credit Acceptance Corp.,    PO Box 5070,    Southfield, MI 48086-5070
13997764      #+Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste LL-11,    Westbury, NY 11590-5121
14281658       +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
13984706       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13919395       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13919396       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Ste. 300,    Littleton, CO 80129-2386
14777681       +Wilmington Savings Fund Society FSB,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, ste 400,    Orange CA 92868-3314
14131992       +Wilmington Savings Fund Society, FSB, et al.,    c/o Statebridge Company LLC,
                 5680 Greenwood Plaza Blvd., Suite 100s,    Greenwood Village, CO 80111-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13977304       +E-mail/Text: kburkley@bernsteinlaw.com Apr 27 2019 02:25:12      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13919394       +E-mail/Text: kburkley@bernsteinlaw.com Apr 27 2019 02:25:12      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13919397       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 27 2019 02:24:04
                 Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
cr              U.S. Bank National Association, as Trustee for Ter
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr            ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
13919393      ##+Debt Recovery Solutions,    900 Merchants Concourse 106,    Westbury, NY 11590-5114
13944114      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                      TOTALS: 7, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: msch                  Page 2 of 2                   Date Rcvd: Apr 26, 2019
                                Form ID: pdf900             Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:

```
          Brian C. Thompson    on behalf of Debtor Thomas C. Clowney bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Thomas C. Clowney bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          Elizabeth Lamont Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Terwin Mortgage Trust 2005-18ALT, Asset-Backed Certificates, Series 2005-18ALT pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
           Ventures Trust Series 2017-3, its assignees and/or s kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
           Ventures Trust Series 2017-3 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Wilmington Savings Fund Society, et al.
           lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Statebridge Company lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
           swinneg@udren.com,    cblack@udren.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Defendant    Credit Acceptance Corp. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Miller    on behalf of Creditor    Wilmington Savings Fund Society, et al.
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 17
```