| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas C. Clowney** | Social Security number or ITIN   xxx–xx–4839 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 14–23665–JAD | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas C. Clowney

<u>5/20/19</u>   **By the court:**   <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23665-JAD
Thomas C. Clowney                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2               Date Rcvd: May 20, 2019
                              Form ID: 3180W          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
```
db            +Thomas C. Clowney,    143 Castle Drive,    Pittsburgh, PA 15235-1855
cr            +Credit Acceptance Corporation,   25505 W. 12 Mile Road,   Suite 3000,
               Southfield, MI 48034-8331
cr            +Fay Servicing, LLC,    440 S. LaSalle Street,   Suite 2000,   Chicago, IL 60605-5011
cr            +Statebridge Company,    Stern & Eisenberg, PC,   1581 Main Street, Suite 200,
               Warrington, PA 18976-3403
cr            +Wilmington Savings Fund Society,    Aldridge Pite, LLP,   4375  Jutland Dr Suite 200,
               San Diego, CA 92117-3600
cr            +Wilmington Savings Fund Society, et al.,    Stern & Eisenberg, PC,   1581 Main Street, Suite 200,
               Warrington, PA 18976-3403
13919726      +Credit Acceptance,    25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
13919392      +Credit Acceptance Corp.,    PO Box 5070,   Southfield, MI 48086-5070
13997764     #+Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste LL-11,   Westbury, NY 11590-5121
14281658      +Fay Servicing, LLC,    3000 Kellway Dr.,   Ste 150,   Carrollton, TX 75006-3357
13984706      +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13919395      +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13919396      +Specialized Loan Servicing,    8742 Lucent Blvd.,   Ste. 300,   Littleton, CO 80129-2386
14777681      +Wilmington Savings Fund Society FSB,    c/o Kondaur Capital Corporation,
               333 South Anita Drive, ste 400,   Orange CA 92868-3314
14131992      +Wilmington Savings Fund Society, FSB, et al.,    c/o Statebridge Company LLC,
               5680 Greenwood Plaza Blvd., Suite 100s,   Greenwood Village, CO 80111-2404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:05:56     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
13977304      +E-mail/Text: kburkley@bernsteinlaw.com May 21 2019 02:06:32     Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13919394      +E-mail/Text: kburkley@bernsteinlaw.com May 21 2019 02:06:32     Duquesne Light Company,
               411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13919397      +EDI: VERIZONCOMB.COM May 21 2019 05:48:00     Verizon,   500 Technology Drive, Suite 300,
               Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
cr             U.S. Bank National Association, as Trustee for Ter
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*           +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
cr           ##+Penn Hills School District and Municipality of Pen,   Maiello Brungo & Maiello, LLP,
               3301 McCrady Road,   Pittsburgh, PA 15235-5137
13919393     ##+Debt Recovery Solutions,    900 Merchants Concourse 106,   Westbury, NY 11590-5114
13944114     ##+Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   3301 McCrady Road,
               Pittsburgh, PA 15235-5137
                                                                                 TOTALS: 7, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: lfin              Page 2 of 2              Date Rcvd: May 20, 2019
                              Form ID: 3180W          Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Thomas C. Clowney bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Thomas C. Clowney bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Elizabeth Lamont Wassall    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               Terwin Mortgage Trust 2005-18ALT, Asset-Backed Certificates, Series 2005-18ALT pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor   Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3, its assignees and/or s kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Leslie J. Rase, Esq.    on behalf of Creditor   Wilmington Savings Fund Society, et al.
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor   Statebridge Company lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               swinneg@udren.com,    cblack@udren.com
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Defendant    Credit Acceptance Corp. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Miller    on behalf of Creditor    Wilmington Savings Fund Society, et al.
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 17
```