IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
THOMAS C. CLOWNEY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-23665-JAD

Chapter 13

Related To Doc. No. 211

### ORDER OF COURT

AND NOW, this 20th day of May, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/20/19 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____  mas
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-23665-JAD
Thomas C. Clowney                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin                   Page 1 of 2          Date Rcvd: May 20, 2019
                               Form ID: pdf900              Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
```
db             +Thomas C. Clowney,    143 Castle Drive,    Pittsburgh, PA 15235-1855
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,   Suite 3000,
                 Southfield, MI 48034-8331
cr             +Fay Servicing, LLC,    440 S. LaSalle Street,    Suite 2000,   Chicago, IL 60605-5011
cr             +Statebridge Company,   Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
cr             +Wilmington Savings Fund Society,    Aldridge Pite, LLP,   4375  Jutland Dr Suite 200,
                 San Diego, CA 92117-3600
cr             +Wilmington Savings Fund Society, et al.,    Stern & Eisenberg, PC,   1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
13919726       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
13919392       +Credit Acceptance Corp.,    PO Box 5070,   Southfield, MI 48086-5070
13997764      #+Debt Recovery Solutions, LLC,    900 Merchants Concourse, Ste LL-11,   Westbury, NY 11590-5121
14281658       +Fay Servicing, LLC,    3000 Kellway Dr.,   Ste 150,   Carrollton, TX 75006-3357
13984706       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13919395       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13919396       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Ste. 300,   Littleton, CO 80129-2386
14777681       +Wilmington Savings Fund Society FSB,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, ste 400,    Orange CA 92868-3314
14131992       +Wilmington Savings Fund Society, FSB, et al.,    c/o Statebridge Company LLC,
                 5680 Greenwood Plaza Blvd., Suite 100s,   Greenwood Village, CO 80111-2404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13977304       +E-mail/Text: kburkley@bernsteinlaw.com May 21 2019 02:06:34    Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13919394       +E-mail/Text: kburkley@bernsteinlaw.com May 21 2019 02:06:34    Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13919397       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 21 2019 02:05:24
                 Verizon,   500 Technology Drive, Suite 300,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
cr               U.S. Bank National Association, as Trustee for Ter
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,   Pittsburgh, PA 15235-5137
13919393       ##+Debt Recovery Solutions,    900 Merchants Concourse 106,   Westbury, NY 11590-5114
13944114       ##+Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 7, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: May 20, 2019
                              Form ID: pdf900         Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:

```
              Brian C. Thompson    on behalf of Debtor Thomas C. Clowney bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Thomas C. Clowney bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Elizabeth Lamont Wassall    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               Terwin Mortgage Trust 2005-18ALT, Asset-Backed Certificates, Series 2005-18ALT pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor   Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3, its assignees and/or s kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin
               Ventures Trust Series 2017-3 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Leslie J. Rase, Esq.    on behalf of Creditor   Wilmington Savings Fund Society, et al.
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor   Statebridge Company lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               swinneg@udren.com,    cblack@udren.com
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Defendant   Credit Acceptance Corp. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Miller    on behalf of Creditor   Wilmington Savings Fund Society, et al.
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 17
```